IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DISPLAY TECHNOLOGIES, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 20-261 (RGA) ) |
| JAGUAR LAND ROVER NORTH AMERICA, LLC, | ) ) ) ) |
| Defendant. | ) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for defendant to move, answer, or otherwise respond to the Complaint is extended through and including August 27, 2020.

CHONG LAW FIRM, P.A.

/s/ *Jimmy Chong*

_____
Jimmy Chong (#4839)
2961 Centerville Road, Suite 350
Wilmington, DE  19808
(302) 999-9480
chong@chonglawfirm.com

*Attorneys for Plaintiff*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Jack B. Blumenfeld*

_____
Jack B. Blumenfeld (#1014)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com

*Attorneys for Defendant*

SO ORDERED this____day of August, 2020.

_____
United States District Court Judge