IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DISPLAY TECHNOLOGIES, LLC, | § § | |
| Plaintiff, | § § | Case No: 1:20-cv-00261-RGA |
| vs. | § § | PATENT CASE |
| JAGUAR LAND ROVER NORTH AMERICA, LLC | § § § | |
| Defendant. | § § § | |

## UNOPPOSED MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

Plaintiff Display Technologies, LLC hereby notifies the Court that the parties have reached an agreement in principle that will resolve all pending claims between them. The parties need additional time to finalize the agreement and enter a motion to dismiss all claims against Defendant. Accordingly, Plaintiff files this unopposed motion for a stay of all pending deadlines for 30 days, until and including September 26, 2020. This stay is not sought for the purpose of delay but so that justice may be served.

Dated: August 27, 2020

Respectfully submitted,

*/s/Jimmy Chong*
**JIMMY CHONG, ESQ. (#4839)**
**CHONG LAW FIRM**
2961 Centerville Rd.
Ste 350
Wilmington, DE 19808
(215) 909-5204
chong@chonglawfirm.com

**ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on August 27, 2020.

                                                 */s/Jimmy Chong*
                                                 **JIMMY CHONG**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DISPLAY TECHNOLOGIES, LLC, | § § | |
| Plaintiff, | § § | Case No: 1:20-cv-00261-RGA |
| vs. | § § | PATENT CASE |
| JAGUAR LAND ROVER NORTH AMERICA, LLC | § § § | |
| Defendant. | § § § | |

**<u>ORDER GRANTING UNOPPOSED MOTION TO STAY ALL DEADLINES</u>**

On this date came for consideration Display Technologies, LLC's Unopposed Motion to Stay All Deadlines and Notice of Settlement.  The Court, having considered the motion, finds that it should be granted in order to provide time for the parties to finalize an agreement resolving the claims between them.

It is therefore ORDERED that the Unopposed Motion to Stay All Deadlines is GRANTED.

It is further ORDERED that all deadlines among Display Technologies, LLC and Jaguar Land Rover North America, LLC are stayed for 30 days up to and including September 26, 2020. SO ORDERED

_____

US District Judge