IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DISPLAY TECHNOLOGIES, LLC,<br><br>　Plaintiff,<br><br>v.<br><br>JAGUAR LAND ROVER NORTH AMERICA, LLC,<br><br>　Defendant. | Case No. No. 1:20-cv-00261-RGA |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Display Technologies, LLC hereby files this Notice of Voluntary Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Accordingly, Display Technologies, LLC hereby voluntarily dismisses this action against Jaguar Land Rover North America with prejudice, pursuant to Rule 41(a)(1)(A)(i) with each party to bear its own fees and costs.

Dated: September 29, 2020　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/Jimmy Chong
　　　　　　　　　　　　　　　　　　　　**JIMMY CHONG, ESQ. (#4839)**
　　　　　　　　　　　　　　　　　　　　**CHONG LAW FIRM**
　　　　　　　　　　　　　　　　　　　　2961 Centerville Rd.
　　　　　　　　　　　　　　　　　　　　Ste 350
　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19808
　　　　　　　　　　　　　　　　　　　　(215) 909-5204
　　　　　　　　　　　　　　　　　　　　chong@chonglawfirm.com

　　　　　　　　　　　　　　　　　　　　**ATTORNEYS FOR PLAINTIFF**

**SO ORDERED**, this __30__ day of __Sep__, 2020.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　United States District Judge